UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

---

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 14-1016 (8:13-cv-00698-DKC)   as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Christopher M. Covert, Thomas E. Haworth, Carol J. Haworth, Kifle Ayele, and Dwan L. Brown, individually and on behalf of all Maryland residents similarly situated,   as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Janet M. Nesse
(signature)

| | |
|---|---|
| Janet M. Nesse | (202) 785-9100 |
| Name (printed or typed) | Voice Phone |
| Stinson Leonard Street LLP | (202) 572-9971 |
| Firm Name (if applicable) | Fax Number |
| 1775 Pennsylvania Ave., N.W., Suite 800 | |
| Washington, D.C. 20006 | janet.nesse@stinsonleonard.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on January 22, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Ronald S. Canter, Esquire
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
E-Mail: rcanter@roncanterllc.com
Attorney for Defendants - Appellees

/s/ Janet M. Nesse                                                         January 22, 2014
Signature                                                                          Date

11/17/2011
SCC